UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:01-cr-00462-PMP-PAL |
| v. | |
| TONY DEAN DAVIS, | |
| Defendant. | |

## CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case on September 23, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**   PENSON FINANCIAL SERVICES
**Restitution Amount:** $2,050,000.00

**Total Amount of Restitution ordered:  $2,050,000.00**

DATED this 22nd day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE